IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOMERS POINT CIGARS, INC., *et al.*, <br><br> Defendants. | Civil No. 22-4988 (RMB-AMD) <br><br> **ORDER** |

**RENÉE MARIE BUMB, Chief United States District Judge**

This matter comes before the Court upon Plaintiff Joe Hand Promotions, Inc.'s Motion for Default Judgment. [Docket No. 7.] For the reasons set forth in the Opinion of today's date, and for good cause shown,

IT IS this **15th** day of **December 2023**, hereby:

1. **ORDERED** that Plaintiff's Motion for Default Judgment against Defendants Somers Point Cigars Inc. *d/b/a* Somers Point Cigar Lounge and Stephen Ortiz is **GRANTED**;

2. **ORDERED** that Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of $3,158.00;

3. **ORDERED** that Plaintiff recover additional enhanced damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of $6,316;

4. **ORDERED** that Plaintiff recover costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) in the amount of $532.00 relating to the prosecution of this matter;

5. **ORDERED** that Plaintiff may submit an application for attorneys' fees within 30 days of this Order relating to the prosecution of this case pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), and Local Civil Rules 54.1 and 54.2;

6. **ORDERED** that Plaintiff shall be permitted to recover post-judgment interest on the amounts awarded herein at the statutory rate from the date of this Order until paid; and it is finally

7. **ORDERED** that this Order is a final judgment.

s/Renée Marie Bumb
Renée Marie Bumb
Chief United States District Judge
