**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JOE HAND PROMOTIONS, INC.,

Plaintiff,

- against -

SOMERS POINT CIGARS INC., et al.,

Defendants.

CASE NO.: 1:22-cv-04988-RMB-AMD

## NOTICE OF SATISFACTION OF JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Joe Hand Promotions, Inc., by its attorneys, Jekielek & Janis, and stipulates to the Court that the judgment entered in the above styled action by this Court has been fully satisfied.

                                        Respectfully submitted,

Dated:  February 4, 2026          BY:   /s/ Ryan R. Janis
                                        Ryan R. Janis, Esq.
                                        Jekielek & Janis
                                        203 E. Pennsylvania Blvd.
                                        Feasterville, PA 19053
                                        T: 215-337-4860
                                        F: 267-386-2167
                                        ryan@jj-lawyers.com

                                        *Attorneys for Plaintiff*